**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3122**

---

MICHAEL MCRAE,

                                    Plaintiff - Appellant,

        versus

STATE OF MARYLAND, Department of Public Safety
and Correctional Services; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
95-3388-S)

---

Submitted:  May 16, 1996            Decided:  May 28, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael McRae, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McRae v. Maryland, No. CA-95-3388-S (D. Md. Nov. 21, 1995). We note that to the extent Appellant sought reconsideration of the district court's dismissal of his prior action, rather than to file a new action, relief was properly denied. Appellant presented no information to support a finding that the district court abused its discretion in determining that Appellant's first action was untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2